**O**
**JS-6**

# United States District Court
# Central District of California

| | |
|---|---|
| DAVID PANTALION,<br><br>              Plaintiff,<br><br>       v.<br><br>SENTRY INSURANCE COMPANY et al.,<br><br>              Defendants. | Case No. 2:24-cv-07417-ODW (Ex)<br><br>**FINAL JUDGMENT** |

Pursuant to the Order Granting Defendant's Motion for Summary Judgment, (Dkt. No. 61), and the Order on Joint Stipulation to Dismiss Cause of Action for Breach of Contract, (Dkt. No. 63), it is therefore **ORDERED, ADJUDGED, and DECREED** as follows:

1. Defendant shall have **JUDGMENT** in its favor;
2. Plaintiff shall receive nothing;
3. The Court **VACATES** all dates and deadlines; and
4. The Clerk of the Court shall close the case.

**IT IS SO ORDERED.**

July 13, 2026

_____
**OTIS D. WRIGHT, II**
**UNITED STATES DISTRICT JUDGE**